# United States Court of Appeals
# for the Federal Circuit

---

February 22, 2012
**ERRATA**

---

2011-1353
(Serial No. 10/131,916)

IN RE ANTHONY L. KUCZYNSKI, ATUL D. AYER,
and PATRICK S.L. WONG

Appeal from the United States Patent and Trade-
mark Office, Board of Patent Appeals and Interfer-
ences.

---

Decided:  February 14, 2012
Precedential Opinion

---

Please make the following change:

Page 1,

FRANCES M. LYNCH, Associate Solicitor, Office of the Solicitor,
United States Patent and Trademark Office, of Alexandria,
Virginia, argued for Appellee.  With "her" on the brief were
RAYMOND T. CHEN, Solicitor, and KRISTI L.R. SAWERT, Associate
Solicitor.